UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**Jonathan Stone, Esq.**
490 Schooley's Mountain Road – Bldg. 3A
Hackettstown, NJ 07840–4002
Tel. (908) 979–9919 / Fax. (908) 979–9920
Attorney for Plaintiff, Leonard Harry Zaslow

Order Filed on September 5, 2014 by
Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Leonard Harry Zaslow and
Francine Puco–Zaslow,

           Debtors,

-------------------------------------------------------------

Leonard Harry Zaslow,

           Plaintiff,

v.

Sallie Mae, Inc. and New Jersey Higher Student Education Assistance Authority,

           Defendants.

| | |
|---|---|
| Case No.: | 10-40270 (CMG) |
| Adv. No.: | 13-01986 (CMG) |
| Hearing Date: | July 2, 2014 |
| Time: | 9:00am |
| Judge: | Christine M. Gravelle |
| Chapter: | 13 |

**ORDER GRANTING MOTION TO AMEND THE ADVERSARY PROCEEDING PURSUANT TO FED. R. CIV. P. 15(a)(2) AS MADE APPLICABLE BY FED. R. BANKR. P. 7015**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 5, 2014**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Debtors: Leonard Harry Zaslow and Francine Puco – Zaslow
Case No.: 10-40270 (CMG)
Adversary No: 13-01986 (CMG)
Caption: **ORDER GRANTING MOTION TO AMEND THE ADVERSARY PROCEEDING PURSUANT TO FED. R. CIV. P. 15(a)(2) AS MADE APPLICABLE BY FED. R. BANKR. P. 7015**

---

**THIS CAUSE** being brought by Jonathan Stone, Plaintiff's attorney pursuant to a Motion to Amend the Adversary Proceeding pursuant to Fed. R. Civ. P. 15(a)(2) as made applicable by Fed. R. Bankr. P. 7015, hereinafter (the "Motion"); and

**IT APPEARING** that this Court has jurisdiction over the parties and over the subject matter of this bankruptcy case; and

**IT FURTHER APPEARING** that all parties in interest received notice of the Motion and of the time, date and place of this hearing; and

**IT FURTHER APPEARING** that the relief requested by the Plaintiff in the Motion is consistent with the applicable provisions of Title 11 of the United States Code and that any objections to the relief requested in the Motion have been considered , and after due deliberation thereon, the Plaintiff having established good and sufficient cause to grant said relief; and

**IT FURTHER APPEARING** that the Motion should be **GRANTED**; and

**IT FURTHER APPEARING** that Steven K. Eisenberg, Esq. shall provide Jonathan Stone, Esq. with, at a minimum, the first page of the pooling and servicing agreement or other similarly titled document, as well as any subsequent page of said pooling and servicing agreement which identifies the trustees of each trust which purports to hold legal title of Plaintiff's loans as well as an address for service of process.  Said pooling and servicing agreement or other similarly titled document to be provided shall include but not be limited to SLM Private Credit Student Loan Trust 2004–A and SLM Private Credit Student Loan Trust 2002–A;

**IT IS THEREFORE SO ORDERED.**